**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1536**

CHARLES BENZING,

        Plaintiff - Appellant,

    v.

THARRINGTON-SMITH, LLP; ALICE C. STUBBS; KATEY M. REGAN,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (5:10-cv-00533-F)

Submitted:  October 11, 2012      Decided:  October 15, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Benzing, Appellant Pro Se.  Randall Maitland Roden, THARRINGTON, SMITH, LLP, Raleigh, North Carolina; Robert Duncan Church, Wake Forest, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Benzing appeals the district court's order granting summary judgment for Defendants on his Fair Credit Reporting Act (FCRA) claim. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Benzing does not challenge in his informal brief the district court's order granting Defendants' motion to dismiss the additional claims in his complaint, he has forfeited appellate review of that order. Turning to the FCRA claim, we have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Benzing v. Tharrington-Smith, LLP, No. 5:10-cv-00533-F (E.D.N.C. Jan. 19, 2012 & Mar. 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED